No. 1163. Guertler *v.* United States. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Peter Guertler, pro se. Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 884. Reilly et al. *v.* Millis. June 18, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Robert E. Lynch, Nicholas J. Chase* and *Frank Michels* for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, David Findling, Dominick L. Manoli* and *Miss Ruth Weyand* for respondent.

No. 1241. D. and W. Lines, Inc. *v.* Garfield, Administratrix;

No. 1242. D. and W. Lines, Inc. *v.* Baker; and

No. 1243. D. and W. Lines, Inc. *v.* Ward. June 18, 1945. Petition for writs of certiorari to the Superior Court of Massachusetts denied. *Mr. Herbert S. Avery* for petitioner. Reported below: See 317 Mass. 674, 59 N. E. 2d 287.

No. 1261. Holt *v.* Texas-New Mexico Pipeline Co. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack* for petitioner. *Mr. Maury Kemp* for respondent.

No. 1279. Emery et al. *v.* Orleans Levee Board. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. W. H. Talbot* for

petitioners. *Messrs. Hugh M. Wilkinson* and *Severn T. Darden* for respondent.

No. 1280. LUKIN, ADMINISTRATRIX, ET AL. *v.* CHATTERTON. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. E. J. McCabe* for petitioners. *Mr. H. C. Hall* for respondent.

No. 1281. MARTIN ET AL. *v.* SCHILLO ET AL. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edward H. S. Martin* for petitioners. *Mr. S. Ashley Guthrie* for respondents.

No. 1283. JERRY VOGEL MUSIC CO., INC. *v.* FORSTER MUSIC PUBLISHERS, INC. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur F. Driscoll* for petitioner. *Mr. Edwin P. Kilroe* for respondent.

No. 1284. STONESIFER ET VIR *v.* SWANSON ET AL., EXECUTORS, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles R. Aiken* for petitioners. *Mr. Matthias Concannon* for respondents.

No. 1286. WISCONSIN PUBLIC SERVICE CORP. *v.* FEDERAL POWER COMMISSION; and

No. 1297. WISCONSIN *v.* FEDERAL POWER COMMISSION. June 18, 1945. Petitions for writs of certiorari to